**Opinion issued May 21, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-19-00315-CR**
**NO. 01-19-00316-CR**
**NO. 01-19-00317-CR**
**NO. 01-19-00318-CR**

———————————

**IN RE CLAYTON TUTTLE BROTHERS, Relator**

---

**Original Proceeding on Petition for Writ of Habeas Corpus**

---

**MEMORANDUM OPINION**

Relator Clayton Tuttle Brothers presented to this Court four pro se petitions for writ of habeas corpus seeking reduction of bond, which were filed as four separate original proceeding petitions for writ of habeas corpus.[1] On May 9, 2019,

---

[1]     The underlying cases are *The State of Texas v. Clayton Tuttle Brothers*, cause numbers 1487636, 1487637, 1487638, 1487639, pending in the 177th District Court of Harris County, Texas, the Honorable Robert Johnson presiding.

relator filed a document stating that these four petitions were meant to be attachments to his four petitions for writ of mandamus and asked that we dismiss the four habeas original proceedings.

We grant relator's request and dismiss the habeas original proceedings. The Court has considered these four habeas petitions as support for his petitions for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.

Do not publish. Tex. R. App. P. 47.2(b).